FILED 4/5/2012 MB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED
MAR 26 2012
THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Juan Neely #K58826

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Jane Doe #1 in her official and individual capacity as medtech; Marcus Hardy in his individual capacity as Warden, and Jane Doe #2 in her individual and official capacity as dentist.

(Enter above the full name of ALL
defendants in this action. **Do not
use "et al."**)

12 C 2231
Judge Matthew F. Kennelly
Magistrate Judge Jeffrey Cole

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

___     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

   A. Name: Juan Neely

   B. List all aliases: DeJuan Neely, Antwuon White, Juan C Neely

   C. Prisoner identification number: K58826

   D. Place of present confinement: Pinckneyville C-C

   E. Address: 5835 State Route 154 Pinckneyville, IL. 62274

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Marcus Hardy

      Title: Warden

      Place of Employment: Stateville

   B. Defendant: Jane Doe #1

      Title: Medtech

      Place of Employment: Stateville

   C. Defendant: Jane Doe #2

      Title: Dentist

      Place of Employment: Stateville

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ___

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. On 8-12-10 plantiff arrived at the receiving unit located inside of Stateville Correctional Center for court. 2. Plantiff was screened by Defendant Jane Doe #1 Medtech. 3.) Defendant asked plantiff of any health issues and plantiff explained to Defendant about the swelling, bleeding, and excrutiating pain of his abscess. 4.) Defendant expressed knowledge of problem but refused to inspect injury or refer plantiff to dental personel. 5.) Jane Doe #1 refused plantiff medical service despite acknowledging the severity of injury. 6.) Jane Doe #1 stated that it was Statevilles policy not to treat inmates on court writs and plantiff would have to wait to get medical attention once plantiff got back to institution where plantiff came from. 7.) On or about the 8-14-10 plantiff sent Defendant Warden Marcus Hardy a grievance regarding the need for dental care which this defendant deemed was an emergency. 8.) On 8-15-10 plantiff awoke with extremely painful swollen gums. 9.) Plantiff complained to medtech but was informed that I'd have to wait until the

the morning of 8-16-10 because of the fact that there weren't anyone there to assist with my problem. 9.) On the morning of 8-16-10 plantiff got an xray and was seen by Defendant dentist Jane Doe #2. 10.) Defendant dentist informed plantiff that the problem was a draining abscess, which is a very serious medical issue. 11.) Defendant dentist gave plantiff pain meds and antibiotics and informed plantiff that he'd be on the extraction list. 12.) As soon as plantiff's medication got low plantiff sent several request to the dental department by nurses and med techs on every shift. 13.) Defendant dentist never prescribed plantiff new meds, extracted any of the abscessed teeth, nor gave plantiff a follow up appointment. 14.) From 8-16-10 until 9-29-10 plantiff never saw defendant dentist again. 15.) As a result, from aprox 4-5 days after meds ran out plantiff's severe pain and infected reoccured. 16.) On or about 9-11-10 plantiff sent defendant Marcus Hardy a second emergency grievance concerning the denial of medical treatment. Defendant deemed grievance to be emergency in nature yet nothing was done to ameliorate plantiffs condition by Defendant Hardy

18.) As a result plantiff suffered excrutiating levels of pain when infection came back at Aprox 4-5 days when meds ran out at or about 8-23-10 and pain and suffering lasted until 3-22-11 which was when plantiff had two teeth extracted by the outside oral surgeon by the original institution plantiff came from.

18.a) at all times relevant to this action all Defendants were acting under color of state law.

18b.) Plantiff has exhausted his administrative remedies

# Causes of Act

## Count 1
## "Diliberate Indifference"

Plantiff was subjected to cruel and unusual punishment in violation of the Eigth Amendment to the U.S Constitution.

19.) Plantiff incorporates pargraphs 1 through 17 as though they were stated fully herein.

20.) Defendants Jane Doe #1 and Jane Doe #2 as well as Defendant Warden Marcus Hardy violated Plantiff's Eigth amendment right to be free from cruel and unusual punishment by denying plantiff medical attention for a serious medical need, for time when infection pain re occured at or about 4-5 days after meds ran out on or about 8-23-10 until plantiff got two teeth extracted on 3-22-11, while being sent to oral surgeon by original institution.

## Count II

Plantiff was denied due Process under the Fourteenth amendment to the constitution.

20.) Plantiff incorporates paragraphs 1 through 18 as though were stated fully herein.

1. Defendants Warden Hardy, Jane Doe #1 medtech, and Jane Doe #2 dentist violated Plantiffs fourteenth amendment rights to due Process by continuously denying Plantiff medical attention

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

A.) Declare that the acts and omissions described herein violated plaintiff's rights under the U.S. Constitution;
B.) Order Defendants to pay compensatory and punitive damages;
C.) Order Defendants to pay reasonable attorney fees and cost;
D.) Grant other just and equitable relief that this Honorable Court deems necessary.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 20 day of March, 20 12

Juan Neely
(Signature of plaintiff or plaintiffs)

Juan Neely
(Print name)

K58826
(I.D. Number)

5835 State Route 154
Pinckneyville, IL. 62274
(Address)

# IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

Juan Neely
Plaintiff/Petitioner

Vs.
Jane Doe #1 Medtech, Warden Marcus Hardy, and dentist Jane Doe #2
Defendant/Respondent

No. _____

## PROOF/CERTIFICATE OF SERVICE

TO: Michael W. Dobbins
United States District Court Northern Dist of Ill - 219 S Dearborn St. Chgo, IL. 60604

TO: Warden Marcus Hardy, Jane Doe #1 Medtech, and Jane Doe #2 Dentist; all located at Stateville Correctional Center.

PLEASE TAKE NOTICE that on 3-20, 2012, I placed the attached or enclosed documents in the institutional mail at Pinckneyville Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service

DATED: 3-20-12

/s/ Juan Neely
Name: Juan Neely
IDOC#: K58826
Address: 5835 State Route 154
Pinckneyville, IL 62274

Subscribed and sworn to before me this 19th day of March 2012

Michele L. Crews
Notary Public

OFFICIAL SEAL
MICHELE L CREWS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/09/15